No. 75–1452.  KIMBELL, INC., DBA FOODWAY FURR'S, INC., ET AL. v. EMPLOYMENT SECURITY COMMISSION OF NEW MEXICO ET AL.  Appeal from Sup. Ct. N. M.  Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.  Appeal dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN, MR. JUSTICE BLACKMUN, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 75–1581.  LEEMON v. ILLINOIS.  Appeal from App. Ct. Ill., 4th Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1750.  DAYON v. DOWNE COMMUNICATIONS, INC., ET AL.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1793.  ALLEN ET VIR v. ST. LUKE'S HOSPITAL OF KANSAS CITY.  Appeal from Ct. App. Mo., Kansas City Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1879.  HAUPT v. MONTGOMERY COUNTY BAR ASSN. ET AL.  Appeal from Ct. App. Md. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–6860.  BILLS v. HOLIDAY INNS OF AMERICA, INC., ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.